IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY ELSTER,

    Plaintiff,

  v.

ROBERT AYERS JR.,

    Defendant.

                            /

No. C 08-03279 WHA

**AMENDED ORDER RE SERVICE OF PETITION AND ATTACHMENTS**

    The order to show cause issued on July 11, 2008, stated that the clerk should serve respondent's counsel with a copy of the petition, all attachments to it, and the order to show cause. Because petitioner is represented by counsel, however, it is petitioner's counsel that should effect service. Accordingly, the order to show cause is amended such that **PETITIONER IS ORDERED TO SERVE** respondent's counsel with a copy of the petition, attachments, and the order to show cause.

    **IT IS SO ORDERED.**

Dated: July 14, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE