**PROOF OF SERVICE BY U. S. MAIL AND ELECTRONIC SERVICE**

**Case Name:** *In re Jerry Elster*, on Habeas Corpus

**Court:**      United States District Court, Northern District of California

**Case No.:**    CV 08-3279 WHA

    I, Scott Handleman, hereby certify that I am a resident of the County of San Francisco, California. My business address is 115 ½ Bartlett Street, San Francisco, CA 94110. I am over the age of 18 and not a party to this matter. On this day, **July 15, 2008,** I served true and correct copies of the foregoing ORDER TO SHOW CAUSE; AMENDED ORDER RE SERVICE OF PETITION AND ATTACHMENTS; PROOF OF SERVICE by mailing copies thereof via U.S. first-class mail, postage prepaid, to:

        **Office of the Attorney General**
        **Correctional Law Unit**
        **110 West A Street, Suite 1100**
        **San Diego, CA  92101.**

    Moreover, on **July 8, 2008**, I previously served Petitioner's NOTICE OF PETITION AND PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. § 2254; VERIFICATION; PROOF OF SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS; VERIFICATION; PROOF OF SERVICE; PETITIONER'S EXHIBITS, APPENDIX I (EXHIBITS 1 -5); PETITIONER'S EXHIBITS, APPENDIX II (EXHIBITS 6 -13); PETITIONER'S EXHIBITS, APPENDIX III (EXHIBITS 14 - 24) by mailing copies thereof via U.S. Priority Mail, postage prepaid, to the foregoing address. Under separate cover, on July 8, 2008, I previously served the ECF REGISTRATION INFORMATION HANDOUT by mailing it via U.S. first class mail, also to the foregoing address.

    In addition, on **July 15, 2008**, I effected **electronic service** of the aforesaid NOTICE OF PETITION AND PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY UNDER 28 U.S.C. § 2254; VERIFICATION; PROOF OF SERVICE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS; VERIFICATION; PROOF OF SERVICE; PETITIONER'S EXHIBITS, APPENDIX I (EXHIBITS 1 -5); PETITIONER'S EXHIBITS, APPENDIX II (EXHIBITS 6 -13); PETITIONER'S EXHIBITS, APPENDIX III (EXHIBITS 14 - 24); ORDER TO SHOW CAUSE; PROOF OF SERVICE by e-mail transmission to **Cynthia Lumley, Deputy Attorney General**, at the following address:           cynthia.lumley@doj.ca.gov

    I declare under penalty of perjury that the foregoing is true and correct. Executed on **July 15, 2008** at San Francisco, California.

                                                /S/_____
                                                Scott Handleman