IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY ELSTER,

    Plaintiff,

  v.

ROBERT AYERS JR.,

    Defendant.
                            /

No. C 08-03279 WHA

**ORDER SETTING HEARING ON MOTION TO DISMISS HABEAS PETITION**

    Defendant has filed a motion to dismiss plaintiff Jerry Elster's petition for writ of habeas corpus. In his opposition brief, plaintiff sought a hearing on the motion for May 21 but failed properly to request the hearing and the matter was not placed on the Court's calendar. There is no hearing on May 21, but a hearing on the motion is hereby set for **JUNE 4, 2009, AT 8:00 A.M**.

    **IT IS SO ORDERED.**

Dated: May 19, 2008.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE