**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY ELSTER,

    Petitioner,

v.

ROBERT AYERS JR., Warden of San Quentin State Prison,

    Respondent.
_____/

BOARD OF PAROLE HEARINGS, ARNOLD SCHWARZENEGGER,

    Governor,
    Real Parties in Interest.
_____/

No. C 08-03279 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

    The Court will hold a case management conference on **JUNE 11, 2009, AT 11:00 A.M.** in Courtroom 9, at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco, California. Please file a joint case management statement no later than seven days prior.

    **IT IS SO ORDERED.**

Dated: June 1, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE