IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY ELSTER,

    Petitioner,

  v.

ROBERT AYERS JR., Warden of San Quentin State Prison,

    Respondent.
                               /

BOARD OF PAROLE HEARINGS, ARNOLD SCHWARZENEGGER,

    Governor,
    Real Parties in Interest.
                               /

No. C 08-03279 WHA

**ORDER CONFIRMING HEARING ON MOTION TO DISMISS**

The Court apologizes for the confusion but wants to emphasize that the hearing on the motion to dismiss is still set and will be heard at **8:00 A.M. ON JUNE 4, 2009**. It may turn out that a further case management conference will be unnecessary and that the case management conference scheduled for June 11 can be vacated. This will be discussed at the hearing on June 4. Please consult your calendars and be prepared on June 4 to address follow-up dates in the event that the motion to dismiss is denied.

**IT IS SO ORDERED.**

Dated: June 2, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE