**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY ELSTER,

    Petitioner,

  v.

R. K. WONG, Warden of
San Quentin State Prison,

    Respondent.
_____/

BOARD OF PAROLE HEARINGS,
ARNOLD SCHWARZENEGGER,

    Governor,
    Real Parties in Interest.
_____/

No. C 08-03279 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order denying petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: June 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE