IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ELSTER,<br>    Petitioner-Appellant,<br><br>    v.<br><br>R. K. WONG,<br>    Warden of San Quentin State<br>    Prison, Respondent-Appellee. | CASE NO. C 08-03279 WHA<br><br>[~~PROPOSED~~] ORDER APPOINTING<br>COUNSEL ON APPEAL<br>PURSUANT TO 18 U.S.C. § 3006A(a)(2)(B) |

Petitioner has asked this court to appoint counsel to represent him on appeal from the judgment entered in this matter on June 12, 2009. Because it appears to the court that Petitioner is unable to pay the costs of retained counsel on appeal, and because it appears to the court that counsel should be appointed in the interests of justice,

IT IS ORDERED, that Scott D. Handleman, attorney at law, is hereby appointed to represent Petitioner on appeal in the above-entitled action, to be compensated at an hourly rate of $110.00.

Date: July 24, 2009

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT JUDGE

[Proposed] Order Appointing Counsel on Appeal

*Elster v. Wong*
C 08-3279 WHA

1

## CERTIFICATE OF SERVICE

Case Name: *Elster v. Wong*
Court: United States District Court, Northern District of California
Case No.: C 08-3279 WHA

I declare:

On July 13, 2009, I served the following documents:

**[PROPOSED] ORDER APPOINTING COUNSEL ON APPEAL PURSUANT TO 18 U.S.C. § 3006A(a)(2)(B); PROOF OF SERVICE**

by placing them in an envelope and depositing the envelope in the U.S. mail, first class postage prepaid, addressed as follows:

> **Attn: Amber Wipfler, Deputy AG**
> **Office of the Attorney General**
> **455 Golden Gate Ave., Ste. 11000**
> **San Francisco, CA 94102**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2009 at San Francisco, California.

*/s/ Scott Handleman*
Scott Handleman