**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY ELSTER,<br><br>        Petitioner,<br><br>  v.<br><br>ROBERT AYERS JR.,<br><br>        Respondent. | No. C 08-03279 WHA<br><br>**ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

      This is a habeas case under 28 U.S.C. 2254 filed by a state prisoner. The petition was denied on its merits in an order dated June 12, 2009. Judgment was entered that day. Petitioner now moves for a certificate of appealability ("COA").

      A petitioner may not appeal a final order in a federal habeas corpus proceeding without first obtaining a certificate of appealability (formerly known as a certificate of probable cause to appeal). *See* 28 U.S.C. 2253(c); Fed. R. App. P. 22(b). A judge shall grant a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). The certificate must indicate which issues satisfy this standard. "Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward: the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 120 S.Ct. 1595, 1604 (2000). For the reasons set out

in the ruling on the petition (Dkt. No. 19), jurists of reason would not find the result debatable or wrong. The motion for a certificate of appealability (docket number 34) is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE